# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Anand, Justin S. | U.S. District Court, Northern District of Georgia | 05/06/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

U.S. Courthouse
75 Spring St., SW
Atlanta, GA 30303

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, board of directors | Clairmont Oaks/Briarcliff Oaks |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Nelson, Mullins, Riley & Scarborough - K1 Partner distribution/ Income ( [redacted] only) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anand, Justin S. | 05/06/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. ▓▓▓▓▓ | Tuition agreement | K |
| 2. American Express | Credit card balance as of 12/31 | J |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anand, Justin S. | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America, Checking Account | A | Interest | L | T | | | | | |
| 2. Bank deposit program, Morgan Stanley Smith (y) Barney ("MSSB") | | | | | | | | | |
| 3. Wells Fargo cash account | A | Interest | J | T | | | | | |
| 4. Nuveen Georgia Muni Bond Fund | D | Int./Div. | M | T | | | | | |
| 5. Cohen & Steers Realty Income | B | Distribution | K | T | Buy (add'l) | 03/28/18 | J | | |
| 6. | | | | | Sold (part) | 04/02/18 | M | G | |
| 7. Eaton Vance LTD Duration | A | Dividend | J | T | | | | | |
| 8. Eaton Vance Tax-Managed Global Dvrsfd Eqty Incme Fd (MSSB) | A | Int./Div. | J | T | | | | | |
| 9. First Eagle Global Fund | E | Distribution | N | T | | | | | |
| 10. Legg Mason Clearbridge Aggressive Growth | B | Distribution | J | T | | | | | |
| 11. Legg Mason Clearbridge Fundamental All Cap Value (MSSB) | A | Distribution | J | T | | | | | |
| 12. LM CBA Equity Income Clearbridge Dividend Strat (MSSB) | B | Distribution | K | T | | | | | |
| 13. Legg Mason Clearbridge Large Cap Growth | A | Distribution | K | T | | | | | |
| 14. Lord Abbot Short Duration Income Fund (MSSB) | A | Dividend | K | T | | | | | |
| 15. SPDR S&P Midcap 400 | A | Dividend | J | T | | | | | |
| 16. SPDR S&P 500 | A | Dividend | J | T | | | | | |
| 17. Vanguard Total Stock Mkt ETF | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anand, Justin S. | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Clearbridge Energy MLP and MidStrm Fd | B | Distribution | J | T | | | | | |
| 19. Thompson bond fund | A | Int./Div. | J | T | | | | | |
| 20. Vanguard Wellington Fund | A | Distribution | J | T | | | | | |
| 21. Vanguard Index Trust 500 | A | Dividend | J | T | | | | | |
| 22. Vanguard Morgan Growth Fd | A | Dividend | J | T | | | | | |
| 23. Fidelity Asset Mgr 85% Fund | C | Distribution | L | T | | | | | |
| 24. Fidelity Blue Chip Growth Fund | B | Distribution | L | T | | | | | |
| 25. Fidelity Diversified Int'l Fund | C | Distribution | K | T | | | | | |
| 26. Schwab S&P 500 Index | D | Int./Div. | N | T | Buy (add'l) | 03/28/18 | J | | |
| 27. Goldman Sachs Small Cap Value Inst | D | Dividend | M | T | Buy (add'l) | 03/28/18 | J | | |
| 28. JP Morgan Mid Cap Value Inst. Fund (Schwab) | E | Dividend | N | T | Buy (add'l) | 03/28/18 | J | | |
| 29. American Funds EuroPacific Fund | D | Dividend | M | T | Buy (add'l) | 03/28/18 | J | | |
| 30. Prudential total return | C | Int./Div. | L | T | Buy (add'l) | 03/28/18 | J | | |
| 31. Alliance Bernstein Funds Large Cap Growth (Wells Fargo IRA) | A | Int./Div. | J | T | | | | | |
| 32. Wells Fargo Large Cap Growth Funds (WFLNX) (IRA) | A | Int./Div. | J | T | | | | | |
| 33. Wells Fargo Small/Mid Cap Fund (SOPFX) (IRA) | A | Int./Div. | J | T | | | | | |
| 34. TIAA-CREF Georgia 529 Plan Aggressive Managed Alloc Acc't 1 | | None | M | T | Sold (part) | 02/20/18 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anand, Justin S. | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. TIAA-CREF Georgia 529 Plan Mgd Alloc Acc't 2 | | None | M | T | Sold (part) | 02/20/18 | J | C | |
| 36. TIAA-CREF Georgia 529 Plan Mg Alloc Acc't 3 | | None | L | T | | | | | |
| 37. Southern Co. | A | Dividend | J | T | | | | | |
| 38. Capital One Nat'l Bank Account | C | Interest | M | T | | | | | |
| 39. Gabelli Utilities | A | Dividend | J | T | | | | | |
| 40. Chase checking account | A | Interest | L | T | | | | | |
| 41. Chase savings account | A | Interest | J | T | | | | | |
| 42. Fidelity Government Money Market | A | Interest | J | T | | | | | |
| 43. Vanguard Real Estate Index Institutional | C | Dividend | M | T | Buy | 04/02/18 | M | | |
| 44. Nelson Mullins equity contribution | | None | K | V | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

-- The Fidelity Money Market disclosed in line 42 was inadvertently omitted from my prior year's disclosure.

-- The Nelson Mullins Cash Balance plan listed on line 56 of my prior year's disclosure was inadvertently included in that disclosure and has been omitted from this year's disclosure. It is my understanding that there is no separate account relating to this plan and that the retirement benefit money paid to my ▮▮▮ as part of this plan is simply contributed to her existing retirement accounts, the assets and transactions in which have been disclosed. Thus, this entry was mistakenly included in my 2017 disclosure, and has been deleted going forward.

-- The Nelson Mullins Equity contribution listed on line 44 of this report was mistakenly omitted from prior disclosures. As has been disclosed in Part III-B in all of my past disclosures, my ▮▮▮ is partner who receives K-1 partnership income at a law firm (Nelson Mullins). I have disclosed the source and type of ▮▮ income in Part III-B but I inadvertently overlooked reporting that that she also made an equity contribution into the firm itself. This report now reports that equity contribution as an asset of hers. I am advised that this equity contribution is an asset of the firm generally and is not held in any specifically identifiable financial account or other specific asset. She made her original contribution in the range of between $50,000 and $100,000 several years prior to when I became required to file financial reports; approximately half of this amount, between $15,000 and $50,000, was distributed back to her in 2016; her current contribution is within the range as disclosed herein. Please accept this information to supplement my prior reports.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Justin S. Anand**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544